IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

REBECCA MINOR                                                        PLAINTIFF

v.                                     Case No. 1:20-cv-1036

LIFE INSURANCE COMPANY
OF NORTH AMERICA                                                     DEFENDANT

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal. ECF No. 30. The parties

ask the Court to dismiss this case with prejudice, with each party bearing their own costs and fees.

An action may be dismissed by "a stipulation of dismissal signed by all parties who have

appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule

41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically

and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th

Cir. 1984). Thus, Plaintiff's claims against Defendant were effectively dismissed when the parties

filed the instant stipulation. However, this order issues for the purpose of maintaining the Court's

docket.

This case is hereby **DISMISSED WITH PREJUDICE**, with each side bearing its own

fees and costs. If any party desires that the terms of any settlement be a part of the record therein,

those terms should be reduced to writing and filed with the Court within thirty (30) days of the

entry of this judgment. The Court retains jurisdiction to vacate this order upon cause shown that

any settlement between the parties has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 12th day of July, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge